IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-02546-PAB-MJW

MICHAEL R. WILLIAMS,

Plaintiff(s),

v.

FRED D. McKEE and
DELTA COUNTY, COLORADO,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Unopposed Motion for Leave to File Amended Complaint and to Reschedule Scheduling Conference (Docket No. 16) is granted.  Accordingly, it is further

ORDERED that plaintiff shall have up to and including December 27, 2013, to file an Amended Complaint.  It is further

ORDERED that the Scheduling Conference set on December 3, 2013, at 10:00 a.m. is VACATED and RESET on February 3, 2014, at 10:00 a.m.  Counsel may participate by telephone.  Plaintiff's counsel shall initiate the conference call, and once all counsel are on the line, shall call the court at (303) 844-2403.

Date: November 19, 2013