## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-02546-PAB-MJW

ROBIN L. WILLIAMS, Personal Representative of the Estate of Michael R. Williams,

     Plaintiff,

v.

FRED D. McKEE,
DEBBIE GRIFFITH, and
DELTA COUNTY, COLORADO

     Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 88] of U.S. District Judge Philip A. Brimmer entered on September 15, 2014, it is

**ORDERED** that the Recommendation of United States Magistrate Judge [Docket No. 38] is REJECTED.  It is further

**ORDERED** that Plaintiff's Motion for Leave to File Second Amended Complaint [Docket No. 31] filed by plaintiff Robin L. Williams, as personal representative of the estate of Michael R. Williams, is DENIED.  It is further

**ORDERED** that defendants' Motion to Dismiss [Docket No. 20] is **GRANTED**. Plaintiff's claims under the First and Fourteenth Amendments are dismissed with

prejudice. Plaintiff's state law claim for retaliatory termination is dismissed without

prejudice.  It is further

     **ORDERED** that judgment is hereby entered in favor of defendants Fred D.

McKee, Debbie Griffith, and Delta County, Colorado.  It is further

     **ORDERED** that defendants are **AWARDED** their costs, to be taxed by the Clerk

of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

further

     **ORDERED** that this case is CLOSED.


     Dated at Denver, Colorado this 16th day of September, 2014.

                 FOR THE COURT:
                 JEFFREY P. COLWELL, CLERK


                 s/Jennifer Hawkins
                 _____
                 Jennifer Hawkins
                 Deputy Clerk